## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
18 U.S.C. Section 1956--
Money Laundering

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

**PENALTY:**
Maximum 20 years imprisonment, $250,000 fine, Three years supervised release, $100 special assessment fee

### DEFENDANT - U.S.
U.S. v. Victor Conte, Jr.

**DISTRICT COURT NUMBER**
CR 04-0044-SI    CR 05 00455

### PROCEEDING
**Name of Complainant Agency, or Person (&Title, if any)**
IRS-CI/Special Agent Jeff Novitzky

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.  04-0044-SI

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
KEVIN V. RYAN
☒ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
NEDROW/FINIGAN

### DEFENDANT
**IS NOT IN CUSTODY**   PJH

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____
Month/Day/Year

**DATE OF ARREST** ▶ _____
Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  KEVIN V. RYAN (CASBN #118321)
   United States Attorney
2
3
4
5                                    E-Filing
6
7
8                         UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                           SAN FRANCISCO DIVISION

CR 05 00455

12  UNITED STATES OF AMERICA,              )   No. ~~04-0044-SI~~
13          Plaintiff,                     )
                                           )   VIOLATION: 18 U.S.C. § 1956(a)(1)(A)(i)
14     v.                                  )   – Money Laundering
                                           )
15                                         )   SAN FRANCISCO VENUE
    VICTOR CONTE, JR.,                     )
16                                         )
            Defendant.                     )
17  _____)

18

19                              **INFORMATION**

20  The United States Attorney charges:

21  (18 U.S.C. § 1956(a)(1)(A)(i) – Money Laundering)

22          On or about June 2, 2003, in San Mateo County, in the Northern District of California,

23  and elsewhere, the defendant

24                              VICTOR CONTE, JR.,

25  did knowingly conduct a financial transaction, to wit: by causing another individual to negotiate

26  a check in the amount of $2,100, which cash represented the proceeds of a specified unlawful

27  activity, that is, a conspiracy to possess with intent to distribute anabolic steroids in violation of

28  21 U.S.C. §§ 846 and 841(b)(1)(D), a portion of which was used with the intent to

INFORMATION

1 | promote the carrying on of said unlawful activity, while knowing that the money involved in
2 | such financial transaction represented the proceeds of some form of unlawful activity,
3 |     All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).
4 | DATED: 7/15/05
5 |
6 | KEVIN V. RYAN
   | United States Attorney
7 |
8 | _____
9 | MATTHEW A. PARRELLA
   | Chief, San Jose Branch Office
10 |
11 | (Approved as to form: _____)
                            AUSA NEDROW

INFORMATION                                   2