United States District Court
For the Northern District of California

FILED

OCT 2 4 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

Conte,

        Defendant.

_____/

No. CR 04-00044 SI and CR05-455 SI

**SEALING ORDER PURSUANT TO
GENERAL ORDER 54**

    The following documents in this action are placed under seal and shall not be opened
except by the United States Sentencing Commission for its eyes only and shall not be
transmitted or otherwise opened except by order of this court upon application.

    ☒      Presentence Report

    ☐      Plea Agreement

    ☐      Statement of Reasons

    ☐      _____
             (Other)

**IT IS SO ORDERED.**

Dated: 10/24/01

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE